IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

    v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 69.181.120.247,

    Defendant.

Case No. 21-cv-08808-CRB

**JUDGMENT**

For the reasons stated in the Court's order granting Plaintiff's motion for default judgment, the Court hereby enters judgment in favor of Plaintiff and against Defendant. The Court awards Plaintiff $26,250 in damages and $766.25 in costs. The Court also enters an injunction enjoining Defendant from infringing Plaintiff's copyrights in the Works identified in Exhibit A of the First Amended Complaint, and ordering Defendant to destroy all copies of the Works in their possession.

**IT IS SO ORDERED.**

Dated: April 26, 2023



CHARLES R. BREYER
United States District Judge